IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

CODY J. JONAS,

        Plaintiff,        Civil No. 08-243-AA

        v.        ORDER

DOLORES EDSON, et al.,

        Defendants.

AIKEN, District Judge.

    Plaintiff has filed a motion (#6) for "an order temporarily restraining defendants from continually denying [plaintiff] visits, phone, law library, outside exercise and commissary." Plaintiff further moves the court to require defendants to release him from segregation or "release to Administrative Segregation to be available for" such privileges.

    In order to establish entitlement to preliminary

1 - ORDER

equitable relief, the moving party must show, at an irreducible minimum, that they have a fair chance of success on the merits. <u>Stanley v. University of Southern California</u>, 13 F.3d 1313, 1319 (9th Cir. 1994), quoting <u>Martin v. International Olympic Committee</u>, 740 F.2d 670, 674-675 (9th Cir. 1994); <u>Committee of Cent. American Refugees v. I.N.S.</u>, 795 F.2d 1434, 1437 (9th Cir. 1986). This is so because the probability of success on the merits is the critical standard in determining the propriety of preliminary relief. <u>Lancor v. Lebanon Housing Authority</u>, 760 F.2d 361, 362 (1st Cir. 1985).

In this case, plaintiff's original complaint was dismissed for failure to comply with the minimal pleading standards of the federal rules. Plaintiff has filed an amended complaint which appears to suffer from the same deficiencies that led to the dismissal of the original complaint. Although the court has not throughly parsed plaintiff's (64 page) amended complaint to determine whether some claim may exist for pleading purposes, a preliminary review of the amended complaint does not suggest any possibility of success on the merits of plaintiff's claims.

Plaintiff has failed to establish an "irreducible minimum" that he has a "fair chance of success on the merits." Plaintiff's Motion for a Temporary Restraining Order (#6) is denied.

2 - ORDER

```
        DATED this  13  day of May, 2008.


                                /s/ Ann Aike_____
                                Ann Aiken
                                United States District Judge
```

3 - ORDER